# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Rick Fisher and Rosella Fisher, | ) | |
| | ) | **ORDER CANCELLING TRIAL AND** |
| Plaintiffs, | ) | **FINAL PRETRIAL CONFERENCE AND** |
| | ) | **SUSPENDING DISCOVERY DEADLINES** |
| vs. | ) | |
| | ) | |
| Continental Resources, Inc., | ) | Case No. 1:13-cv-097 |
| | ) | |
| Defendant. | ) | |

On August 14, 2014, the court held a settlement conference in the above-captioned case. Based on the status of settlement discussions, the parties agreed that defendant's motion for summary judgment, which was stayed pending completion of the settlement conference, should remain stayed until August 22, 2014. The parties further agreed that they would not be prepared to proceed to trial as scheduled and would need additional time to complete pretrial activities.

Accordingly, the court will stay its decision on defendant's motion for summary judgment (Docket No. 11) until after August 22, 2014. Further, all existing discovery deadlines are **SUSPENDED** and the final pretrial conference set for October 22, 2014, and the jury trial set for November 4, 2014 are **CANCELLED**. The court will hold a scheduling conference to set new discovery deadlines and a new trial date if necessary after defendant's summary judgment motion is decided.

**IT IS SO ORDERED.**

Dated this 14th day of August, 2014.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court